HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYANN FLINT,

    Plaintiff,

v.

WESTERN WASHINGTON UNIVERSITY BOARD OF TRUSTEES,

    Defendant.

NO. 2:16-cv-01674-JLR

**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO DISCLOSE EXPERT TESTIMONY AND SERVE DISCOVERY**

## **STIPULATION**

The parties are presently trying to resolve this matter and prefer to spend their limited resources focused on those efforts at this time. To that end, the parties hereby jointly stipulate to and request the Court to continue the deadline for parties to exchange Expert Testimony by October 27, 2017, and complete Discovery by December 27, 2017, as set forth in the proposed order below.

///

///

///

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME
TO DISCLOSE EXPERT TESTIMONY AND SERVE DISCOVERY - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1  STIPULATED TO this 19th day of September, 2017.

2  GARVEY, SCHUBERT & BARER                SCHWARTZ, ROLLER & ZWILLING

4  By *s/Seth J. Berntsen*                         By *s/Edward I. Zwilling, per email authority*
     Seth J. Berntsen, WSBA #30379                    Edward I. Zwilling
5    Attorneys for Defendant                          Alabama Bar #ASB-1564-L54-E
                                                      Attorneys for Plaintiff

7  SHAW LAW GROUP PLLC

9  By *s/Bridget Bourgette Shaw, per email authority*
     Bridget Bourgette Shaw, WSBA #28850
     Attorneys for Plaintiff

### ORDER

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court pursuant to stipulation by the parties hereto through their respective counsels of record; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the parties shall have until October 27, 2017 to serve Expert Testimony pursuant to FRCP 26(a)(2), and complete Discovery by December 27, 2017. The deadline for dispositive motions shall remain on December 26, 2017.

DONE IN OPEN COURT THIS 19th day of September, 2017.

_____
JUDGE JAMES L. ROBART

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME
TO DISCLOSE EXPERT TESTIMONY AND SERVE DISCOVERY - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1  Presented by:

2  GARVEY, SCHUBERT & BARER

3

4  By *s/Seth J. Berntsen*
      Seth J. Berntsen, WSBA #30379
      Of Attorneys for Plaintiff Foss

5

6  Approved as to Form; Notice of Presentation Waived:

7  SCHWARTZ, ROLLER & ZWILLING

8

9  By *s/Edward I. Zwilling, per email authority*
      Edward I. Zwilling, Alabama Bar #ASB-1564-L54-E
      Attorneys for Plaintiff

10

11  Approved as to Form; Notice of Presentation Waived:

12  SHAW LAW GROUP PLLC

13

14  By *s/Bridget Bourgette Shaw, per email authority*
       Bridget Bourgette Shaw, WSBA #28850
       Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME
TO DISCLOSE EXPERT TESTIMONY AND SERVE DISCOVERY - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2017, I electronically filed the foregoing STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO DISCLOSE EXPERT TESTIMONY AND SERVE DISCOVERY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward i. Zwilling
Schwartz Roller & Zwilling
600 Vestavia Pkwy, Suite 251
Birmingham, AL 35007
205-822-2701
email: ezwilling@szalaw.com

Bridget Bourgette Shaw
Shaw Law Group PLLC
1818 Westlake Avenue N., Suite 308
Seattle, WA 98109
206-623-1225
email: bridget@shawlawgrouppllc.com

Kerena A. Higgins, WSBA #31539
Attorney Generals Office
103 E Holly Street, Suite 310
Bellingham, WA 98225-4728
Phone: (360) 676-2047
Email: kerenah@atg.wa.gov

SIGNED this 19th day of September, 2017 at Seattle, Washington.

/s/ Dominique Barrientes
Dominique Barrientes, Legal Assistant
Garvey Schubert Barer
1191 Second Avenue, Suite 1800
Seattle, WA 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
dbarrientes@gsblaw.com

GSB:8922571.1

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME
TO DISCLOSE EXPERT TESTIMONY AND SERVE DISCOVERY - 4

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939